IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JERMAINE WATKINS | ) | CASE NO. 1:09CV1995 |
| Plaintiff, | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| OHIO STATE PENITENTIARY | ) | ORDER OF DISMISSAL |
| Defendant. | ) | |

Pursuant to this Court's Memorandum of Opinion and Order filed contemporaneously with this Order of Dismissal,

It is ordered that this action is dismissed.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

Date: October 15, 2009

/s/ Donald C. Nugent
JUDGE DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE